IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0535

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

DANIELLE VIGIL,

      Defendant and Appellant.

## ORDER

Pursuant to Appellant's motion to consolidate, and good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED, and Cause Nos. DA 24-0535 and DA 24-0693 are consolidated for the purposes of appeal under Cause No. DA 24-0535, and captioned as above.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 13 2024